IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JARED SACHS,[1] | § | |
| | § | No. 324, 2017 |
| Petitioner Below- | § | |
| Appellant, | § | |
| | § | Court Below—Family Court |
| v. | § | of the State of Delaware |
| | § | in and for New Castle County |
| FELICE DANIELS, | § | File No. CN12-02518 |
| | § | Petition No. 15-31151 |
| Respondent Below- | § | |
| Appellee. | § | |

Submitted: September 14, 2017
Decided: September 20, 2017

**O R D E R**

This 20th day of September 2017, it appears that this Court denied the appellant's motion to proceed *in forma pauperis* on August 30, 2017. The appellant was directed to pay the filing fee on or before September 14, 2017. The appellant was informed that his failure to pay by the due date would result in the dismissal of his appeal without further notice. The appellant failed to pay by the due date. Therefore, dismissal of this action is deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties.

NOW, THEREFORE, IT IS HEREBY ORDERED that the within appeal is DISMISSED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice